

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

SEP – 5 2024

CLERK, U.S. DISTRICT COURT
By_____
Deputy

## I. TTG'S Claims Against BTC Media

## CLAIM 1: BREACH OF CONTRACT—BITCOIN 2022

To prevail on a breach of contract claim against BTC Media, TTG must prove by a preponderance of the evidence each of the following elements:

a. A valid agreement or agreements pertaining to the same subject matter existed between TTG and BTC Media;

b. TTG performed or tendered performance as contractually required;

c. BTC Media breached the contract by failing to perform or tender performance as required per the agreement; and

d. TTG sustained damages due to BTC Media's breach of the agreement.

In deciding whether the parties reached an agreement, you may consider what they said and did in light of the surrounding circumstances, including any earlier course of dealing. You may not consider the parties' unexpressed thoughts or intentions.

A contract may be either "express" or "implied." An "express" contract is a contract whose terms the parties have explicitly set out. A contract is "implied" when its terms arise from the acts and conduct of the parties. An implied contract arises from the acts and conduct of the parties being implied from the facts and circumstances that there was a mutual intention to contract. This mutual intention to contract may be implied from and evidenced by the parties' conduct and course of dealing, the essence of which is consent to be bound. The elements of express and implied contracts are identical.

**Question No. 1:** Did TTG establish by a preponderance of the evidence that BTC Media breached a contract between the parties regarding Bitcoin 2022?

Answer "Yes" or "No."

Answer: _Yes_

*If you answered "Yes" to Question 1, then answer Question 2. If you answered "No" then proceed to Question 6.*

**Question No. 2:** **Do you find that BTC Media has proven by a preponderance of the evidence that its breach, if any, is excused by TTG's fraudulent inducement?**

Fraudulent inducement to enter into an agreement occurs when:

a. a party makes a material misrepresentation, and
b. the misrepresentation is made with knowledge of its falsity or made recklessly without any knowledge of the truth and as a positive assertion, and
c. the misrepresentation is made with the intention to induce the other party, and
d. the other party justifiably relies on the misrepresentation and thereby enters in the agreement.

"Misrepresentation" means: A promise of future performance made with an intent, at the time the promise was made, not to perform as promised.

Answer "Yes" or "No."

Answer: _No_

*If you answered "No" to Question 2, then answer Question 3. If you answered "Yes" then proceed to Question 6.*

9

**Question No. 3:** What amount of money, if any, would fairly and reasonably compensate TTG for its economic damages, if any, that resulted from BTC Media's breach of the contract regarding Bitcoin 2022? Please answer in dollars and cents.

Answer: $ 4,429,536.25

*If you answered Question 3, then answer Question 4.*

**Question No. 4: Do you find that BTC Media has proven by a preponderance of the evidence that it is entitled to an offset of any of the amounts found by you in Question 3?**

Offset is an affirmative defense that reduces the amount owed by BTC Media to TTG, if any, by subtracting any amount due or owed by TTG to BTC Media, if any.

Answer "Yes" or "No."

Answer: No

*If you answered "Yes" to Question 4, then answer Question 5. If you answered "No" then proceed to Question 6.*

**Question No. 5:** What amount of money, if any, do you find should be offset? Please answer in dollars and cents.

Answer: $ —

## CLAIM 2: BREACH OF CONTRACT—AUDIT

**Question No. 6:** Did TTG establish by a preponderance of the evidence that BTC Media breached a contract between the parties regarding the November 2022 Audit?

Answer "Yes" or "No."

Answer: No

*If you answered "Yes" to Question 6, then answer Question 7. If you answered "No" then proceed to Question 10.*

**Question No. 7:** What amount of money, if any, would fairly and reasonably compensate TTG for its economic damages, if any, that resulted from BTC Media's breach of the contract regarding the November 2022 Audit? Please answer in dollars and cents.

Answer: $ —

*If you answered Question 7, then answer Question 8.*

**Question No. 8: Do you find that BTC Media has proven by a preponderance of the evidence that it is entitled to an offset of any of the amounts found by you in Question 7?**

Offset is an affirmative defense that reduces the amount owed by BTC Media to TTG, if any, by subtracting any amount due or owed by TTG to BTC Media, if any.

Answer "Yes" or "No."

Answer: —

*If you answered "Yes" to Question 8, then answer Question 9. If you answered "No" then proceed to Question 10.*

**Question No. 9:** What amount of money, if any, do you find should be offset? Please answer in dollars and cents.

Answer: $_____

## CLAIM 3: QUANTUM MERUIT

### ONLY ANSWER THE QUESTIONS IN THIS SECTION IF YOU ANSWERED "NO" TO QUESTIONS 1 & ~~2~~ 6. MTP

To recover under a *quantum meruit* claim, Trade Group must prove by a preponderance of the evidence each of the following elements:

a. TTG rendered valuable services and furnished materials to BTC Media;

b. BTC Media accepted, used, and benefited from the services rendered and materials provided; and

c. Under the circumstances, BTC Media was reasonably notified that TTG expected to be compensated for the services rendered and materials provided.

The measure of damages for recovery under a *quantum meruit* theory is the reasonable value of the work or services performed.

**Question No. 10:** Did TTG establish by a preponderance of the evidence that TTG performed valuable services and/or provided goods for BTC Media, that BTC Media accepted, used, and/or benefited from, and for which BTC Media was reasonably notified that TTG expected to be

12

compensated for with respect to Bitcoin 2022, the November 2022 Audit, and the Storage Fees?

Answer "Yes" or "No."

Answer: _____

*__If you answered "Yes" to Question 10, then answer Question 11.__*
*__If you answered "No" then proceed to Question 14.__*

**Question No. 11:** What amount of money, if any, would fairly and reasonably satisfy the reasonable value of the goods and services that TTG rendered to BTC Media at the time and place the services and goods were rendered? Please answer in dollars and cents.

Answer: $_____

*__If you answered Question 11, then answer Question 12.__*

**Question No. 12: Do you find that BTC Media has proven by a preponderance of the evidence that it is entitled to an offset of any of the amounts found by you in Question 11?**

Offset is an affirmative defense that reduces the amount owed by BTC Media to TTG, if any, by subtracting any amount due or owed by TTG to BTC Media, if any.

Answer "Yes" or "No."

Answer: _____

*__If you answered "Yes" to Question 12, then answer Question 13.__*
*__If you answered "No" then proceed to Question 14.__*

**Question No. 13:** What amount of money, if any, do you find should be offset? Please answer in dollars and cents.

Answer: $_____

13

## CLAIM 4: SUIT ON SWORN ACCOUNT

To prevail on a claim for sworn account, TTG must prove, by a preponderance of the evidence, the following:

a. BTC Media bought goods and services from TTG, and TTG delivered the goods and performed the services;

b. The amount of the account is just, that is, that the prices were charged in accordance with an agreement, or in the absence of an agreement, they are usual, customary, and reasonable prices for those goods or services;

c. The amount is unpaid.

**Question No. 14:** Did TTG establish by a preponderance of the evidence that BTC Media purchased goods and/or services from TTG on account, that the amount of the account is just, and that the account remains unpaid?

Answer "Yes" or "No."

Answer: __Yes__

*If you answered "Yes" to Question 14, then answer Question 15. If you answered "No" then proceed to Question 19.*


**Question No. 15: Do you find that BTC Media has proven by a preponderance of the evidence that its failure to pay, if any, is excused by TTG's fraudulent inducement?**

Fraudulent inducement to enter into an agreement occurs when:

a. a party makes a material misrepresentation, and
b. the misrepresentation is made with knowledge of its falsity or made recklessly without any knowledge of the truth and as a positive assertion, and
c. the misrepresentation is made with the intention to induce the other party, and
d. the other party justifiably relies on the misrepresentation and thereby enters in the agreement.

14

"Misrepresentation" means: A promise of future performance made with an intent, at the time the promise was made, not to perform as promised.

Answer "Yes" or "No."

Answer: __No__

*If you answered "No" to Question 15, then answer Question 16. If you answered "Yes" then proceed to Question 19.*

**Question No. 16:** What amount of money, if any, would fairly and reasonably satisfy the reasonable value of the goods and services that TTG rendered to BTC Media and that remain unpaid? Please answer in dollars and cents.

Answer: $ __4,429,536.__ 25

*If you answered Question 16, then answer Question 17.*

**Question No. 17:** Do you find that BTC Media has proven by a preponderance of the evidence that it is entitled to an offset of any of the amounts found by you in Question 17? 16? MTP

> Offset is an affirmative defense that reduces the amount owed by BTC Media to TTG, if any, by subtracting any amount due or owed by TTG to BTC Media, if any.

**Answer "Yes" or "No."**

Answer: __Yes__

*If you answered "Yes" to Question 17, then answer Question 18. If you answered "No" then proceed to Question 19.*

**Question No. 18:** What amount of money, if any, do you find should be offset? Please answer in dollars and cents.

Answer: $ __186,493.__ 68

15

## II. BTC Media's Claims Against TTG

### CLAIM 1: FRAUD

To prevail on a claim of fraud, BTC Media must prove by a preponderance of the evidence each of the following elements:

a. TTG made a material misrepresentation;

b. TTG knew the misrepresentation was false or it made the misrepresentation recklessly, without knowing whether it was true or false;

c. TTG intended for BTC Media to rely on the misrepresentation; and

d. BTC Media justifiably relied on the misrepresentation and, as a result, suffered an injury.

A "misrepresentation" is (a) a false statement of fact; or (b) a promise of future performance made with an intent, at the time the promise was made, not to perform as promised; or (c) an opinion that is based on a false statement of fact; or (d) an opinion that the speaker knows to be false.

"Material" facts are the kind of facts that a reasonable person or company in BTC Media's position would have considered important in dealing with TTG. A promise to do an act (or, in this case, refrain from doing an act) in the future is actionable fraud only when made with the intention, design and purpose of deceiving, and with no intention of performing the act. BTC Media must show that the promise was false at the time it was made.

**Question No. 19:** Did BTC Media establish by a preponderance of the evidence that TTG committed fraud against BTC Media?

Answer "Yes" or "No."

Answer: __No__

*If you answered "Yes" to Question 19, then answer Question 20.*

**Question No. 20:** What amount of money, if any, would fairly and reasonably compensate BTC Media for its damages, if any, that resulted from such fraud? Please answer in dollars and cents.

Answer: $_____

Signed: 9-4-2024
4:37 P.M.

Mark T. Pittman
U.S. District Judge

## CERTIFICATION

We, the jury, unanimously agree to the foregoing questions and return this form as our verdict in this case.

*The Foreperson must sign and date this Verdict Form and inform the bailiff that the jury has reached a verdict. The verdict is not final until accepted by the Court.*

**REDACTED**
_____
Signature of Foreperson

9/5/24
_____
Date